No. 73–1065. INTERNATIONAL BUSINESS MACHINES CORP. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1144. FORTUNE ET AL. *v.* BAZAAR ET AL. C. A. 5th Cir. Certiorari denied.

THE CHIEF JUSTICE, concurring.

I join in the denial of certiorari on my reading of the temporary restraining order of the District Court as not requiring the University to continue to make available to the respondents, at public expense, facilities of the University for the production of any future publication. Those attending a state university have a right to be free from official censorship in their speech and writings, but this right does not require the University to commit its faculty or financial resources to any activity which it considers to be of substandard or marginal quality.

No. 73–1394. SMITH ET AL. *v.* CURTIS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1403. GRAZIANI *v.* COMMITTEE ON LEGAL ETHICS OF WEST VIRGINIA STATE BAR. Sup. Ct. App. W. Va. Certiorari denied. MR. JUSTICE DOUGLAS adheres to his dissent in *Ullmann* v. *United States,* 350 U. S. 422, 440, and would reverse judgment of lower court.